**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61899-LEIBOWITZ**

**VICTOR ARIZA,**

*Plaintiff,*

*v.*

**CLARINS USA, INC.,**

*Defendant.*

______________________________/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [ECF No. 7] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE. All parties shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in the Southern District of Florida this February 27, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record